THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEILANI WRIGHT,

        Plaintiff,

    v.

BELFOR USA GROUP, INC.,

        Defendant.

CASE NO. C24-0907-JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on the parties' stipulated motion for a protective order (Dkt. No. 19). Pursuant to LCR 26(c)(2), "[p]arties are encouraged to use this district's model protective order, available on the court's website." "Parties that wish to depart from the model order must provide the court with a redline version identifying departures from the model." *Id*. Upon review, the Court finds that, while the parties have largely followed the model order, they have failed to identify "Confidential" material as required under paragraph 2 of the model order. (*See* Dkt. No. 19 at 2) (maintaining bracketed language from model order where parties are meant to fill in the brackets with their own list of specific documents). The Court further finds that the parties have failed to submit an Exhibit A as referenced and contained in the model order. (*See generally id*.) (lacking an Exhibit A). As such, the Court finds that the

parties have both departed from and adhered too closely to the model order.

The Court therefore STRIKES the parties' stipulated motion for a protective order (Dkt. No. 19) for failure to comply with LCR 26(c)(2) as intended by the rule. The parties may renew this motion but must comply with the Local Rules when doing so.

DATED this 12th day of September 2024.

<u>Ravi Subramanian</u>  
Clerk of Court

<u>s/Kathleen Albert</u>  
Deputy Clerk