THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

10

## WESTERN DISTRICT OF WASHINGTON

11

12 | LEILANI WRIGHT, an individual,

Case No. 2:24-cv-00907-JCC

13 |            Plaintiff,

**JOINT MOTION TO EXTEND THE**
14 |    v.

**DISCOVERY DEADLINE TO TAKE**
**PLAINTIFF'S DEPOSITION ON**
15 | BELFOR USA GROUP, INC., a Foreign Profit

**OCTOBER 16, 2025**
Corporation d/b/a Belfor Property Restoration
16

**NOTE ON MOTION CALENDAR:**
        Defendant.

**September 30, 2025**
17

18 | Complaint filed June 3, 2024

19
20
21

22       Pursuant to Local Rule 7(d)(1) and 10(g), Plaintiff Leilani Wright ("Plaintiff"), and

23 Defendant BELFOR USA GROUP, INC. ("Defendant") hereby stipulate, agree and request that this

24 Court extend the discovery deadline from October 6, 2025 to October 16, 2025, for the limited

25 purpose of taking Plaintiff's deposition on October 16, 2025. In support, the Parties stipulate and

26 agree as follows:

27       1.     Defendant removed this matter to federal court on June 24, 2024 (Dkt. No. 1).

28

JOINT MOTION TO CONTINUE DISCOVERY DEADLINE
DM2\300706593.1

2.      Defendant moved to dismiss certain of Plaintiff's claims, ultimately resulting in two orders partially granting those motions to dismiss (Dkt. Nos. 17 and 28).

3.      On October 4, 2024, this Court entered its Civil Trial Scheduling Order.  (Dkt. No. 24.)

4.      Since October 4, 2024, the Parties have been engaged in discovery, including the exchange of documents and written discovery.

5.      More recently, the Parties held settlement discussions.  Those settlement discussions did not result in a resolution of this matter.

6.      Pursuant to this Court's Civil Trial Scheduling Order, discovery is scheduled to close on October 6, 2025.  (Dkt. No. 24.)

7.      Defendant timely noticed Plaintiff's deposition to occur on October 6, 2025.  Because Plaintiff has a medical procedure and is unable to attend her deposition on October 6, 2025, the Parties agree to and respectfully request a limited extension of the discovery deadline to allow Defendant to take Plaintiff's deposition on October 16, 2025.  The Parties also agree that should any discovery-related dispute arise out of that deposition, that either Party may petition this Court to reopen discovery to address such dispute.

///

///

///

///

///

///

///

///

///

///

///

///

JOINT MOTION TO CONTINUE DISCOVERY DEADLINE
DM2\300706593.1

8.    Accordingly, the Parties agree that good cause exists for, and hereby request, that the Court order the discovery deadline extended from October 6, 2025 to October 16, 2025, solely for Defendant to take Plaintiff's deposition.  This joint request is made in good faith.

RESPECTFULLY SUBMITTED this 30th day of September 2025.

**EMERY | REDDY, PLLC**                                              **DUANE MORRIS LLP**

By:    */s/ Patrick B. Reddy*                                    By:    */s/ Daniel B. Heidtke*
      Patrick B. Reddy, WSBA No. 34092                Daniel B. Heidtke, WSBA No. 51034
      600 Stewart Street, Suite 1100                  DUANE MORRIS LLP
      Seattle, WA 98101                               701 Fifth Avenue
      Phone: (206) 442-9106                           Columbia Tower, 42nd Floor
      Fax: (206) 441-9711                             Seattle, WA 98104
      Email: reddyp@emeryreddy.com                    Telephone: +1 512 277 2300
                                                      Email: DBHeidtke@duanemorris.com

      *Counsel for Plaintiff*                          *Counsel for Defendant*

## ~~PROPOSED~~ ORDER

Based on the foregoing stipulation of the Parties and GOOD CAUSE APPEARING, IT IS SO ORDERED that the case deadlines are amended as follows:

1.    The discovery deadline is extended from October 6, 2025 to October 16, 2025, solely for Defendant to take Plaintiff's deposition.

DATED this 30th day of September 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR

JOINT MOTION TO CONTINUE DISCOVERY DEADLINE
DM2\300706593.1

DUANE MORRIS LLP
701 Fifth Avenue
Columbia Tower, 42nd Floor
Seattle, WA 98104

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed through the

Court's CM/ECF System on September 30, 2025 and served on Counsel of Record.

*/s/ Roxanne Mares*
Roxanne Mares

JOINT MOTION TO CONTINUE DISCOVERY DEADLINE
DM2\300706593.1

DUANE MORRIS LLP
701 Fifth Avenue
Columbia Tower, 42nd Floor
Seattle, WA 98104