The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEILANI WRIGHT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BELFOR USA GROUP, INC., a foreign profit corporation d/b/a Belfor Property Restoration,<br><br>　　　　　　Defendant. | No. 2:24-cv-00907-JCC<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR BRIEFING SCHEDULE**<br><br>**[CLERK'S ACTION REQUIRED]** |

　　　This matter having come before the Court on the parties' Stipulated Request for a Briefing Schedule (**Dkt 36**), and the Court having reviewed the pleadings and file in this matter, and otherwise being fully advised, hereby ORDERS that the parties' stipulated request is GRANTED.

　　　It is ORDERED that Plaintiff's Response to Defendant's Motion for Summary Judgment is now due on December 10, 2025. Defendant's Reply is due on or before December 17, 2025. Defendant shall re-note its motion accordingly.

　　　DATED this 17th day of November 2025.

_____
The Honorable John C. Coughenour
U.S. DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER GRANTING
STIPULATED REQUEST FOR BRIEFING
SCHEDULE

No. 2:24-cv-00907-JCC

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 | Fax: (206) 441-9711

Presented By:

EMERY | REDDY, PC

By: */s/ Patrick B. Reddy*
    Patrick B. Reddy, WSBA #34092
    600 Stewart Street, Suite 1100
    Seattle, WA 98101
    Phone: (206) 442-9106
    Fax: (206) 441-9711
    Email:   reddyp@emeryreddy.com

*Attorney for Plaintiff*


DUANE MORRIS LLP

By: */s/ Daniel B. Heidtke*
    Daniel B. Heidtke WSBA #51034
    701 Fifth Avenue
    Columbia Tower, 42nd Floor
    Seattle, WA 98104
    Phone: (512) 277-2300
    Fax: (512) 277-2301
    Email:  dbheidtke@duanemorris.com

*Attorney for Defendant*

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR BRIEFING SCHEDULE

No. 2:24-cv-00907-JCC

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 | Fax: (206) 441-9711